**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **JEFFERY PONDE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO. 5:15-CV-300 (MTT)** |
| | ) |
| **WILCOX STATE PRISON, *et al.*,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 13).  After reviewing the Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissing the Plaintiff's claims against Wilcox State Prison.  The Plaintiff has not objected to the Recommendation.  The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation is **ADOPTED** and made the order of this Court.  Accordingly, the claims against Wilcox State Prison are **DISMISSED**, and Wilcox State Prison is **DISMISSED** from this action.

**SO ORDERED**, this 29th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT